No. 16,246.

DOLAN *v.* RUSSELL ET AL.
(235 P. [2d] 997)

Decided July 30, 1951.   Rehearing denied September 24, 1951.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. JOSEPH A. CRAVEN, Mr. ALBERT T. FRANTZ, for plaintiff in error.

Mr. HENLEY A. CALVERT, Mr. L. F. BUTLER, for defendants in error.